1  PHILLIP A. TALBERT
   United States Attorney
2  PETE THOMPSON
   Acting Regional Chief Counsel
3  Oscar Gonzalez de Llano
   Special Assistant United States Attorney
4          Social Security Administration
           160 Spear Street, Suite 800
5          San Francisco, CA 94105
           Telephone: (510) 970-4818
6          Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant
7

8

9

10
                      UNITED STATES DISTRICT COURT
11
                      EASTERN DISTRICT OF CALIFORNIA
12

13  | MINERVA GARZA, | No. 1:22-cv-00207-ADA-GSA |
14  | Plaintiff, | |
15  | v. | STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
16  | KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
17  | | |
18  | Defendant. | |

19

20      IT IS HEREBY STIPULATED, by and between the parties through their respective

21  counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's

22  Motion for Summary Judgment be extended days nine (9) days from November 28, 2022 to

23  December 7, 2022.  This is Defendant's second request for an extension.  Defendant previously

24  availed himself of the automatic Briefing extension of 28-days as set forth in the Amended

25  Scheduling Order (ECF Doc. 12). Plaintiff has no objection to Defendant's request for an

26  extension.

27      Good cause exists for this request.  Defendant respectfully requests this additional time

28

Stipulated Motion for Extension of Time

1

because Counsel for Defendant will be unable to devote the time required to complete Defendant's response to Plaintiff's Motion for Summary Judgment given the current due date. Counsel for Defendant is out of the office or working minimal time from November 21, 2022 through November 28, 2022. Given this current situation an extension until December 7, 2022 should provide an opportunity for the undersigned Counsel for Defendant to complete the response to Plaintiff's Motion for Summary Judgment. Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given the high volume of cases that all of our limited staff (due to leave and resignations) is handling. Counsel apologizes to the Court for any inconvenience caused by this delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: November 22, 2022     By:     *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: November 22, 2022     By: *s/ Jonathan Omar Pena*  *
Jonathan Omar Pena
Pena & Bromberg
(*as authorized by email)

## ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 7, 2022, to respond to Plaintiff's Opening Brief.

IT IS SO ORDERED.

2

Dated:   **November 23, 2022**               **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE