UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA GARZA,<br><br>        Plaintiff,<br><br>   v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:22-cv-00207-DAD-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br><br>(Doc. 28) |

As stipulated, Doc. 28, it is ORDERED that Plaintiff is awarded attorney fees and expenses $7,000.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs subject to the terms set forth in the stipulation (Doc. 28).

IT IS SO ORDERED.

   Dated: **August 9, 2024**                    **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE